160 A.3d 770

Antonio SIERRA, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee

No. 27 WAP 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Notice of Appeal is **QUASHED**. The Application for Relief, Application to Proceed In Forma Pauperis, and Pro Se Notice to be Heard Before a Judge are **DISMISSED AS MOOT**.